IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOTAL VIDEO PRODUCTS, INC. | : | |
| 414 Southgate Court | : | CIVIL ACTION |
| Mickleton, New Jersey 08056, | : | |
| | : | |
| Plaintiff | : | NO.13-cv-5600 |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES | : | |
| 3624 Market Street | : | |
| Philadelphia, Pennsylvania 19104, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF TOTAL VIDEO PRODUCTS, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Please check one box:

X        The nongovernmental corporate party, Total Video Products, Inc., in the above listed civil action, does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

         The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

KAPLIN STEWART MELOFF REITER & STEIN, P.C.

/s/ Sandhya M. Feltes
Sandhya M. Feltes, Esquire
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA 19422
610-941-2561
610-684-2011 (fax)
Attorney for Plaintiff Total Video Products, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2013, a true and correct copy of Plaintiff Total Video Products, Inc.'s Rule 7.1 Disclosure Statement was caused to be served on this date upon the following via first-class mail as follows:

>EDUCATIONAL COMMISSION FOR
>FOREIGN MEDICAL GRADUATES
>3624 Market Street
>Philadelphia, Pennsylvania 19104

KAPLIN STEWART MELOFF REITER & STEIN, P.C.

/s/ Sandhya M. Feltes
Sandhya M. Feltes, Esquire
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA 19422
610-941-2561
610-684-2011 (fax)
Attorney for Plaintiff Total Video Products, Inc.