AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   13-5600

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Educational Commission for Foreign Medical Graduates
was received by me on *(date)* 9-22-2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ruth Dungan RUTH DUNGAN, who is designated by law to accept service of process on behalf of *(name of organization)* ECFMG on *(date)* 9/27/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 9-27-2013

_Server's signature_

Jeffrey Nugent Process Server
_Printed name and title_

_Server's address_

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| TOTAL VIDEO PRODUCTS, INC. <br><br> *Plaintiff* <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES <br><br> *Defendant* | Civil Action No.     13-5600 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Educational Commission for Foreign Medical Graduates
    3624 Market Street
    Philadelphia PA 19104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SANDHYA M. FELTES, ESQ.
UNION MEETING CORPORATE CENTER
910 HARVEST DRIVE
BLUE BELL, PA 19422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    SEPTEMBER 25, 2013

*RICHARD C. THIEME*, Deputy Clerk