**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TOTAL VIDEO PRODUCTS, INC., <br> *Plaintiff* <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR <br> FOREIGN MEDICAL GRADUATES, <br> *Defendant.* | Civil Action No. 13-5600 |

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF COURT:

Kindly enter my appearance as counsel for Defendant Educational Commission for

Foreign Medical Graduates in the above-captioned action.

Respectfully submitted,

Dated: October 18, 2013          /s/ Elisa P. McEnroe
_____

Elisa P. McEnroe (PA Bar # 206143)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  215.963.5917
emcenroe@morganlewis.com

*Attorneys for Defendant Educational Commission
for Foreign Medical Graduates*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served this 18th day of October, 2013 via electronic filing and first-class U.S. mail, postage prepaid upon the following:

> Sandhya M. Feltes, Esq.
> Union Meeting Corporate Center
> 910 Harvest Drive
> Blue Bell, PA 19422
>
> *Attorney for Plaintiff Total Video Products, Inc.*

Dated: October 18, 2013                     /s/ Elisa P. McEnroe
                                            _____

> Elisa P. McEnroe
> MORGAN, LEWIS & BOCKIUS LLP
> 1701 Market Street
> Philadelphia, PA  19103-2921
> Telephone:  215.963.5917
>
> *Attorneys for Defendant Educational Commission*
> *for Foreign Medical Graduates*