**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TOTAL VIDEO PRODUCTS, INC.,<br>*Plaintiff*<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>*Defendant.* | Civil Action No. 13-5600 |

**CORPORATE DISCLOSURE STATEMENT OF
THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, submits the following Corporate Disclosure Statement:

1.      ECFMG has no parent corporation.

2.      No publicly held corporation owns 10% or more of the stock of ECFMG.

Dated: October 18, 2013            /s/ Elisa P. McEnroe

Brian W. Shaffer
Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  215.963.5103
bshaffer@morganlewis.com

*Attorneys for Defendant Educational Commission
for Foreign Medical Graduates*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement of Defendant Educational Commission For Foreign Medical Graduates was served this 18th day of October, 2013 via electronic filing and first-class U.S. mail, postage prepaid upon the following:

> Sandhya M. Feltes, Esq.
> Union Meeting Corporate Center
> 910 Harvest Drive
> Blue Bell, PA 19422
>
> *Attorney for Plaintiff Total Video Products, Inc.*

Dated: October 18, 2013          Elisa P. McEnroe
_____

> Brian W. Shaffer
> Elisa P. McEnroe
> MORGAN, LEWIS & BOCKIUS LLP
> 1701 Market Street
> Philadelphia, PA  19103-2921
> Telephone:  215.963.5103
>
> *Attorneys for Defendant Educational Commission*
> *for Foreign Medical Graduates*