IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOTAL VIDEO PRODUCTS, INC. | : | CIVIL ACTION |
| v. | : : : | No. 13-5600 |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | : : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, March 6, 2014.  **JAMES A. BYRNE U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA 19106.  REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

          Michael E. Kunz
          Clerk of Court

          By: /s/ Kimberly Scott-Hayden
          Kimberly Scott-Hayden
          Deputy Clerk
          Phone:267-299-7075

Date:October 24, 2013

Copies:    Velma T. White, Courtroom Deputy to Judge Cynthia M. Rufe
            Docket Clerk - Case File

        Counsel:    Sandhya M. Feltes, Esq.
                     Brian W. Shaffer, Esq.
                     Elisa P. Mcenroe, Esq.

ARB2.FRM