## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOTAL VIDEO PRODUCTS, INC.** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **V.** | : | |
| | : | **NO. 13-5600** |
| | : | |
| **EDUCATIONAL COMMISSION FOR** | : | |
| **FOREIGN GRADUATE STUDENTS** | : | |

FILED

MAR 0 4 2014

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW,** this 4th day of March, 2014, it having been reported that the issues

between the parties in the above action have been settled and upon Order of the Court

pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court,

**IT IS ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement

of the parties.

**BY THE COURT:**

**CYNTHIA M. RUFE, J.**

ENTERED

MAR 0 5 2014

CLERK OF COURT